UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                      Docket No. 3: 19-CR-255

GREGORY ROSSI

Defendant

INDICTMENT

THE GRAND JURY CHARGES:

FILED
SCRANTON
SEP 03 2019
PER _____
DEPUTY CLERK

COUNT 1

STALKING
[18 U.S.C. § 2261A]

From on or about August 1, 2018 and continuing through on or about August 27, 2019, the defendant,

GREGORY ROSSI

with the intent to harass and intimidate another person, and to place under surveillance with intent to harass and intimidate another person, used the mail, an interactive computer service, an electronic communication service and an electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to cause and would reasonably be expected to cause

1

substantial emotional distress to that person. The defendant committed the crime of stalking in violation of a temporary and final civil no-contact order.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(6).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION
[18 U.S.C. § 822(g)(8)

On or about August 27, 2019, within the Middle District of Pennsylvania, the defendant,

GREGORY ROSSI,

knowing he was subject to a court order issued in the Court of Common Pleas of Luzerne County, Pennsylvania, on August 28, 2018, docket number 9283-2018, issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking and threatening an intimate partner, and that by its terms explicitly prohibited the use, attempted use, and

threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess in and affecting interstate commerce, the following firearms and ammunition,

| No. | Make | Model | Type | Caliber | Serial # |
|---|---|---|---|---|---|
| 1 | Glock | 23 | Handgun | .40 | GVV913 |
| 2 | Beretta | 96 Brigadier | Handgun | .40 | BER133038 |
| 3 | Taurus | Judge | Handgun | .45 LC/.410 Gauge | ER401754 |
| 4 | Taurus | Judge | Handgun | .45 LC/.410 Gauge | BV676394 |
| 5 | Glock | 37 | Handgun | .45 | KXR161 |
| 6 | Glock | 21 Gen 4 | Handgun | .45 | VUD631 |
| 7 | Glock | 27 | Handgun | .40 | CCK625US |
| 8 | CZ | 627 | Rifle | 204 | A283897 |
| 9 | Remington | 7400 | Rifle | 30-06 | C8014329 |
| 10 | Benjamin Titan GP | BW8M22NP | Rifle | .22 | N11X01712 |
| 11 | Remington | 1700 | Rifle with 4-16 x 44 Vortex scope, serial number A16022970 | .35 | G6556925 |
| 12 | Remington | 7600 | Rifle with Redfield 3-9 scope | 30-06 | 8472805 |
| 13 | Colt | AR-15 A2 | Rifle | .223 | LGC046092 |
| 14 | Marlin | 1894 | Rifle | .44 | 21101532 |

3

| | | | | | |
|---|---|---|---|---|---|
| 15 | Remington | 870 Police Magnum | Shotgun | 12 gauge | D793509M |
| 16 | Remington | 700 | Rifle | .22-250 | A6394177 |
| 17 | Remington | 700 | Rifle with Vortex 6.5x20x50 scope, serial number G822459 | .25-06 | S6421807 |
| 18 | CZ | 527 Varmint | Rifle | .223 | A180036 |
| 19 | Weatherby | Mark V | Rifle with Vortex 6.5-20x50mm scope, serial number G818516 | .30 | SS002270 |
| 20 | Remington | 1100 | Shotgun | 12 Gauge | N840226V |
| 21 | Winchester | Ranger Model 120 | Shotgun | 12 Gauge | L2185924 |
| 22 | Weatherby | Mark V | Rifle with Leupold 4x12 Scope, Serial Number 192857B | .340 | H231943 |
| 23 | B.C. Miroku | | Shotgun | 12 Gauge | S351574 |
| 24 | Marlin | 917V5 | Rifle with Nikon 3-9x40mm scope, serial | .17 HMR | 95671935 |

| | | | | | |
|---|---|---|---|---|---|
| | | | number KJ304835 | | |
| 25 | Winchester | 1200 | Shotgun | 12 Gauge | L637627 |
| 26 | Remington | 11-87 Super Magnum | Shotgun | 12 Gauge | SM029913 |
| 27 | Remington | Nylon 66 | Rifle with Tasco 3-7x20 scope | .22 | A2405948 |
| 28 | Charles Daly | | Shotgun | 12 Gauge | 3110691 |
| 29 | Remington | Wingmaster Model 870 | Shotgun | 12 Gauge | 691870V |
| 30 | Remington | 700 | Rifle with Nikon 4.5x14x40 scope, serial number KK444566 | .243 | G6623735 |
| 31 | Remington | 700 | Rifle with Vortex 6.5-20x50 scope, serial number G807676 | 7mm | RR22916F |
| 32 | Remington | 870 | Shotgun | 12 Gauge | V235321V |
| 33 | Savage | Axis | Rifle with Vortex 4x12 scope | .243 | J042784 |
| 34 | Savage | Axis | Rifle with Bushnell 4x16 scope | 6.5 | K904393 |

| 35 | Remington | 700 | Rifle with Leupold 4x12 scope, serial number 205325H | .270 | D6232008 |
|---|---|---|---|---|---|
| 36 | Remington | 700 | Rifle with Leupold 4x12 scope, serial number R101248 | .300 | C6415555 |
| 37 | Remington | 700 | Rifle with Nikon 4x4 scope, serial number 2202632 | .300 | T6250252 |
| 38 | Weatherby | Mark V | Rifle with Vortex 4-16x44 scope, serial number 030175 | .280 | AB003427 |
| 39 | Smith and Wesson | Pro Hunter FX | Rifle with Leupold 3x9 scope, serial number 463347AA | 209 x 50 | VEF4028 |

| Caliber | Rounds |
|---|---|
| 12 Gauge | 3,933 |
| 30-06 | 477 |
| .35 Whelen | 44 |
| 410 Gauge | 63 |
| .300 Win Mag | 78 |
| .22 LR | 2,261 |
| .32 Win SPEC | 40 |
| 6mm | 20 |
| .280 Rem | 129 |
| .270 Win | 181 |
| .300 Savage | 190 |
| .243 Win | 352 |
| .25-06 | 62 |
| .22-250 | 180 |
| .204 Ruger | 325 |
| .44 | 443 |
| .45 | 341 |
| .17 | 50 |
| .223 | 713 |
| 7mm | 85 |
| 7mm Rem Mag | 20 |
| .30-30 | 25 |
| .340 Wea Mag | 177 |
| .300 Wea Mag | 99 |
| .308 | 19 |
| .35 Rem | 60 |
| .38 SPC | 84 |
| .357 | 203 |
| .40 | 227 |

said firearms and ammunition having been shipped and transported in interstate commerce.

7

In violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

THE GRAND JURY FINDS:

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(8) and 924(c), the defendant,

## GREGORY ROSSI,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses and any firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited

to, the following:

| No. | Make | Model | Type | Caliber | Serial # |
|---|---|---|---|---|---|
| 1 | Glock | 23 | Handgun | .40 | GVV913 |
| 2 | Beretta | 96 Brigadier | Handgun | .40 | BER133038 |
| 3 | Taurus | Judge | Handgun | .45 LC/.410 Gauge | ER401754 |
| 4 | Taurus | Judge | Handgun | .45 LC/.410 Gauge | BV676394 |
| 5 | Glock | 37 | Handgun | .45 | KXR161 |
| 6 | Glock | 21 Gen 4 | Handgun | .45 | VUD631 |
| 7 | Glock | 27 | Handgun | .40 | CCK625US |
| 8 | CZ | 627 | Rifle | 204 | A283897 |
| 9 | Remington | 7400 | Rifle | 30-06 | C8014329 |
| 10 | Benjamin Titan GP | BW8M22NP | Rifle | .22 | N11X01712 |
| 11 | Remington | 1700 | Rifle with 4-16 x 44 Vortex scope, serial number A16022970 | .35 | G6556925 |
| 12 | Remington | 7600 | Rifle with Redfield 3-9 scope | 30-06 | 8472805 |
| 13 | Colt | AR-15 A2 | Rifle | .223 | LGC046092 |
| 14 | Marlin | 1894 | Rifle | .44 | 21101532 |
| 15 | Remington | 870 Police Magnum | Shotgun | 12 gauge | D793509M |
| 16 | Remington | 700 | Rifle | .22-250 | A6394177 |
| 17 | Remington | 700 | Rifle with Vortex | .25-06 | S6421807 |

| | | | 6.5x20x50 scope, serial number G822459 | | |
|---|---|---|---|---|---|
| 18 | CZ | 527 Varmint | Rifle | .223 | A180036 |
| 19 | Weatherby | Mark V | Rifle with Vortex 6.5-20x50mm scope, serial number G818516 | | SS002270 |
| 20 | Remington | 1100 | Shotgun | 12 Gauge | N840226V |
| 21 | Winchester | Ranger Model 120 | Shotgun | 12 Gauge | L2185924 |
| 22 | Weatherby | Mark V | Rifle with Leupold 4x12 Scope, Serial Number 192857B | .340 | H231943 |
| 23 | B.C. Miroku | | Shotgun | 12 Gauge | S351574 |
| 24 | Marlin | 917V5 | Rifle with Nikon 3-9x40mm scope, serial number KJ304835 | .17 HMR | 95671935 |
| 25 | Winchester | 1200 | Shotgun | 12 Gauge | L637627 |

| 26 | Remington | 11-87 Super Magnum | Shotgun | 12 Gauge | SM029913 |
|---|---|---|---|---|---|
| 27 | Remington | Nylon 66 | Rifle with Tasco 3-7x20 scope | .22 | A2405948 |
| 28 | Charles Daly | | Shotgun | 12 Gauge | 3110691 |
| 29 | Remington | Wingmaster Model 870 | Shotgun | 12 Gauge | 691870V |
| 30 | Remington | 700 | Rifle with Nikon 4.5x14x40 scope, serial number KK444566 | .243 | G6623735 |
| 31 | Remington | 700 | Rifle with Vortex 6.5-20x50 scope, serial number G807676 | 7mm | RR22916F |
| 32 | Remington | 870 | Shotgun | 12 Gauge | V235321V |
| 33 | Savage | Axis | Rifle with Vortex 4x12 scope | .243 | J042784 |
| 34 | Savage | Axis | Rifle with Bushnell 4x16 scope | 6.5 | K904393 |
| 35 | Remington | 700 | Rifle with Leupold 4x12 scope, | .270 | D6232008 |

| | | | | | |
|---|---|---|---|---|---|
| | | | serial number 205325H | | |
| 36 | Remington | 700 | Rifle with Leupold 4x12 scope, serial number R101248 | .300 | C6415555 |
| 37 | Remington | 700 | Rifle with Nikon 4x4 scope, serial number 2202632 | .300 | T6250252 |
| 38 | Weatherby | Mark V | Rifle with Vortex 4-16x44 scope, serial number 030175 | .280 | AB003427 |
| 39 | Smith and Wesson | Pro Hunter FX | Rifle with Leupold 3x9 scope, serial number 463347AA | 209 x 50 | VEF4028 |

| Caliber | Rounds |
|---|---|
| 12 Gauge | 3,933 |
| 30-06 | 477 |

| | |
|---|---|
| .35 Whelen | 44 |
| 410 Gauge | 63 |
| .300 Win Mag | 78 |
| .22 LR | 2,261 |
| .32 Win SPEC | 40 |
| 6mm | 20 |
| .280 Rem | 129 |
| .270 Win | 181 |
| .300 Savage | 190 |
| .243 Win | 352 |
| .25-06 | 62 |
| .22-250 | 180 |
| .204 Ruger | 325 |
| .44 | 443 |
| .45 | 341 |
| .17 | 50 |
| .223 | 713 |
| 7mm | 85 |
| 7mm Rem Mag | 20 |
| .30-30 | 25 |
| .340 Wea Mag | 177 |
| .300 Wea Mag | 99 |
| .308 | 19 |
| .35 Rem | 60 |
| .38 SPC | 84 |
| .357 | 203 |
| .40 | 227 |

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a

third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

Dated: 9.3.19

Dated: 9/3/19

DAVID J. FREED
UNITED STATES ATTORNEY

*Jenny P. Roberts*
Jenny P. Roberts
Assistant United States Attorney