# UNITED STATES DISTRICT COURT
for the

MIDDLE District of    PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    3:19-CR-255 |
| | ) | |
| GREGORY ROSSI | ) | |
| *Defendant* | ) | |

**FILED WILKES BARRE SEP 04 2019 PER ___ MS DEPUTY CLERK**

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U. S. Courthouse and Federal Building<br>197 S. Main Street<br>Wilkes-Barre, Pennsylvania 18503 | Courtroom No.: | 1 |
| --- | --- | --- | --- |
| | | Date and Time: | FRIDAY, September 13, 2019 at 10:00 a.m. |

   **IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.   The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   September 4, 2019

*Joseph F. Saporito, Jr.*
*Judge's signature*

JOSEPH F. SAPORITO, JR., U. S. Magistrate Judge
*Printed name and title*